# CHARGES AND PENALTIES

**CASE NAME:** EDDIE RAY HALL   **CASE NO.** 2:21-CR-120-SMJ-1

TOTAL # OF COUNTS: 1   ☑ FELONY   ☐ MISDEMEANOR   ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Sep 08, 2021
SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | Possession with Intent to Distribute 50 Grams or More of Methamphetamine | CAG not less than 5 years nor more than 40 years; a fine up to $5,000,000; not less than 4 years nor more than life supervised release; a $100 special penalty assessment; denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a |
|  | 21 U.S.C. § 853 | Forfeiture Allegations |  |