AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2021

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America<br>v.<br>EDDIE RAY HALL<br><br>*Defendant* | )<br>)  Case No. 2:21-CR-120-SMJ-1<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     EDDIE RAY HALL                               ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), Possession with Intent to Distribute 50 Grams or More of Methamphetamine

Date: Sep 08, 2021, 3:15 pm

*Issuing officer's signature*

City and state:   Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/8/21 , and the person was arrested on *(date)* 9/16/21
at *(city and state)* Spokane, WA

Date: 9/16/21

Arrested within the E/WA
By: DEA
*(Agency) Arresting officer's signature*
Executed On: 9/16/21
Sign: Reagan K Haney, USMS
*Printed name and title*