PROB 12C
(6/16)

Report Date: May 18, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 18, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eddie Ray Hall        Case Number: 0980 2:21CR00120-SAB-1

Address of Offender: ▇▇▇▇▇▇▇▇ Omak, Washington 98841

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 26, 2023

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 497 days<br>TSR - 96 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | January 26, 2023 |
| Defense Attorney: | Stephen R. Hormel | Date Supervision Expires: | January 25, 2031 |

## PETITIONING THE COURT

To issue a summons.

On January 31, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Hall, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about April 13, 2023, Eddie Hall allegedly violated special condition number 4 by consuming methamphetamine.<br><br>On April 3, 2023, Eddie Hall was fitted with a sweat patch as a means to monitor his abstinence from any illicit controlled substances.<br><br>On April 13, 2023, the sweat patch was collected from the offender's arm and this officer did not see any signs that the sweat patch had been tampered with. The sweat patch was subsequently sent the lab for testing.<br><br>On April 23, 2023, the undersigned received notification from the laboratory that the above-referenced sweat patch had tested positive for methamphetamine. |

Prob12C
Re: Hall, Eddie Ray
May 18, 2023
Page 2

On April 24, 2023, Mr. Hall was contacted and informed of the laboratory results. The offender insisted that was "impossible," as he had not consumed methamphetamine.

2  **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about May 2, 2023, Eddie Hall allegedly violated special condition number 4 by consuming methamphetamine.

On April 25, 2023, Mr. Eddie Hall was fitted with a sweat patch as a means to monitor his abstinence from any illicit controlled substances.

On May 2, 2023, the sweat patch was collected from the offender's arm and this officer did not see any signs that the sweat patch had been tampered with. The sweat patch was subsequently sent the lab for testing. Because his previous sweat patch had tested positive for methamphetamine, the undersigned asked Mr. Hall if this sweat patch would test positive for any controlled substances, and he was adamant that it would not; the offender signed a denial of use form confirming his denial of use.

On May 11, 2023, the undersigned received notification from the laboratory that the above-referenced sweat patch had tested positive for methamphetamine.

On May 11, 2023, Mr. Hall was contacted regarding the laboratory results, and he reiterated his denial of use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/18/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Stanley A. Bastian

Signature of Judicial Officer

5/18/2023
Date