PROB 12C
(6/16)

Report Date: July 5, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 05, 2023

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Eddie Ray Hall | Case Number: 0980 2:21CR00120-SAB-1 |
| Address of Offender: ███████ Omak, Washington 98841 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 26, 2023

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | |
| Original Sentence: | Prison - 497 days; TSR - 96 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin Baunsgard | Date Supervision Commenced: January 26, 2023 |
| Defense Attorney: | Stephen Hormel | Date Supervision Expires: January 25, 2031 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/18/2023 and 6/1/2023.

On January 31, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Hall, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about May 31, 2023, Eddie Hall allegedly violated special condition number 4 by consuming methamphetamine. |
| | On May 31, 2023, Eddie Hall was fitted with a sweat patch as a means to monitor his abstinence from any illicit controlled substances. |
| | On June 8, 2023, the sweat patch was collected from the offender's arm, and it appeared that the sweat patch had been tampered with. The sweat patch was subsequently sent to the lab for testing. |

Prob12C
**Re: Hall, Eddie Ray**
**July 5, 2023**
**Page 2**

On June 15, 2023, the undersigned received notification from the laboratory that the above-referenced sweat patch had tested positive for amphetamine and methamphetamine.

On June 16, 2023, Mr. Hall was informed of the laboratory results. The offender stated that he wanted to speak with this officer and "be honest", as he now believed that he needed treatment. Because he was at the hospital at that time, the individual under supervision was instructed to contact this officer upon leaving the hospital, however, the undersigned has not been able to speak with the offender since that date.

| | |
|---|---|
| 5 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about June 16, 2023, Eddie Hall allegedly violated special condition number 4 by failing to return the sweat patch that he was outfitted with to monitor his abstinence.

On June 8, 2023, Eddie Hall was fitted with a sweat patch as a means to monitor his abstinence from any illicit controlled substances. On that date, he was instructed to report to the U.S. Probation Office (USPO) on June 16, 2023, in order to have the sweat patch removed.

On June 16, 2023, the offender failed to report for his appointment with this officer as well as his supervised release revocation hearing. According to defense counsel, Mr. Hall was unable to attend the hearing because he had been admitted to the hospital.

Following his revocation hearing, on June 16, 2023, this officer spoke with the offender and instructed him to contact the undersigned upon leaving the hospital. Attempts to contact Mr. Hall since that date have been unsuccessful.

| | |
|---|---|
| 6 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: On June 27 and June 30, 2023, Eddie Hall allegedly violated standard condition number 2 by failing to report to the U.S. Probation Office (USPO) as instructed.

On June 21, 2023, this officer received a voice message from the offender; it was difficult to understand what Mr. Hall was saying, but he did state that he could be contacted at his sister's phone number.

On June 26, 2023, the undersigned tried contacting the offender at the phone number he provided, as well as the phone number the offender called from on June 21, 2023, but there was no answer. Instructions were sent to each phone number, via text message, instructing the offender to report to the USPO at 8am the next morning, June 27, 2023.

On June 27, 2023, Mr. Hall failed to report as instructed.

Prob12C
Re: Hall, Eddie Ray
July 5, 2023
Page 3

Again, on June 29, 2023, this officer attempted to contact Mr. Hall at multiple phone numbers, but there was no answer or response. Again, instructions were sent to each phone number, via text message, instructing the offender to report to the USPO at 8 a.m. the next morning, June 30, 2023.

On June 30, 2023, the offender again failed to report to the probation office as instructed.

Prior to the submission of this petition, Mr. Hall had been instructed to check-in with this officer on a weekly basis. Unfortunately, aside from a voice message on June 21, 2023, the offender has not checked in as required, responded to this officer's attempts to contact him, or reported to the USPO as instructed. As of the writing of this report, the offender's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/05/2023

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*
Signature of Judicial Officer

7/5/2023
Date