PROB 12C
(6/16)

Report Date: June 1, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Eddie Ray Hall | Case Number: 0980 2:21CR00120-SAB-1 |
| Address of Offender: ▮▮▮▮▮ Omak, Washington 98841 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: January 26, 2023 | |
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) |
| Original Sentence: Prison - 497 days<br>TSR - 96 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Caitlin A. Baunsgard | Date Supervision Commenced: January 26, 2023 |
| Defense Attorney: Stephen R. Hormel | Date Supervision Expires: January 25, 2031 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 5/18/2023.

On January 31, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Hall, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about May 19, 2023, Eddie Hall allegedly violated special condition number 4 by consuming methamphetamine.<br><br>On May 12, 2023, Eddie Hall was fitted with a sweat patch as a means to monitor his abstinence from any illicit controlled substances.<br><br>On May 19, 2023, the sweat patch was collected from the offender's arm and this officer did not see any signs that the sweat patch had been tampered with. The sweat patch was subsequently sent to the lab for testing. |

Prob12C
Re: Hall, Eddie Ray
June 1, 2023
Page 2

On May 26, 2023, the undersigned received notification from the laboratory that the above-referenced sweat patch had tested positive for methamphetamine.

On May 31, 2023, Mr. Hall was informed of the laboratory results, but he again insisted that he had not consumed methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/01/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

6/2/2023
Date