PROB 12C
(6/16)

Report Date:  June 11, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eddie Ray Hall                    Case Number: 0980 2:21CR00120-SAB-1

Address of Offender: ███████████, Omak, Washington 98841

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 26, 2023

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | |
| Original Sentence: | Prison - 497 days<br>TSR - 96 | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(January 10, 2024) | Prison - 12 months<br>TSR - 96 | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 2, 2024 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: August 1, 2032 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on August 9, 2024.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #1**:  You must not commit another federal, state or local crime. |

**Supporting Evidence**: On May 25, 2025, Eddie Ray Hall allegedly violated mandatory condition number 1 by committing a new crime, specifically Controlled Substance Possession, in violation of RCW 69.50.4013 GM.

On May 27, 2025, this officer received notification that the offender had been arrested by the Spokane County Sheriff's Office (SCSO) on May 25, 2025.

According to the information received, Mr. Hall was inadvertently located while deputies with the SCSO were attempting to locate the suspect in a felony domestic violence protection order violation.

On May 25, 2025, deputies responded to a residence in Spokane Valley in an effort to locate the suspect.  The resident of the property invited deputies into the home to discuss the suspect's whereabouts.  Once in the home, law enforcement encountered two other male subjects, to include one male asleep on the couch in the main living area; one of the deputies recognized that male as being Eddie Ray Hall.

Prob12C

**Re: Hall, Eddie Ray**
**June 11, 2025**
**Page 2**

Law enforcement was then able to confirm that the offender had a U.S. Marshals Service (USMS) warrant for his arrest, as well as an extraditable felony warrant out of Montana for criminal possession of dangerous drugs and criminal possession with intent to distribute. As such, deputies approached Mr. Hall, who was asleep in a seated position with his hands on either side of his lap, and he was taken into custody.

After being arrested, the offender was searched incident to arrest. During that search, a large kitchen knife was removed from Mr. Hall's rear waistband. In his left rear pocket, deputies also located a padded black zipper case, approximately the size of a standard bifold wallet. In that case, deputies located the following contraband: four separate plastic bags containing an opaque white rocklike substance, which tested presumptive positive for methamphetamine; two plastic bags containing marijuana; and a debit card that appeared to have a white and brown residue on the back.

On May 29, 2025, Mr. Hall appeared before Spokane County District Court Judge Jennifer Fassbender. During that hearing, the offender pled guilty to the alleged crime and was given credit for time served (4 days incarceration).

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/11/2025

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

6/12/2025

Date